IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01945-RBJ-KLM

THOMAS SMITH,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
STERLING CORRECTIONAL FACILITY,
ARASTIDE [sic], W. ZAVARAS,
KEVIN MILYARD, Warden at Sterling Correctional Facility,
COLORADO DEPARTMENT OF CORRECTIONS SARGENT [sic] JANICE JONES, and
COLORADO DEPARTMENT OF CORRECTIONS OFFICER JESSE LOVELACE

    Defendant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **the Stipulated Motion for Protective Order** [Docket No. 27; Filed March 14, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The proposed protective order is accepted and entered with interlineations contemporaneously with this Minute Order.

    Dated: March 14, 2012