IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No. 11-cv-1945-RBJ-KLM

THOMAS SMITH

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
STERLING CORRECTIONAL FACILITY,
ARASTIDE [sic] W. ZAVARAS,
KEVIN MILYARD, Warden at Sterling Correctional Facility,
JANICE JONES, Colorado Department of Corrections Sargent [sic], and
JESSE LOVELACE, Colorado Department of Corrections Officer,

    Defendants.

## ORDER ADOPTING AND AFFIRMING RECOMMENDATIONS
## OF UNITED STATES MAGISTRATE JUDGE

This matter is before the Court on the May 14, 2012 Order and Recommendation of Magistrate Judge Kristen L. Mix [docket #35]. As relevant here, the Recommendation addresses defendants' Motion to Dismiss [#10]. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. Despite this advisement, no objection to Magistrate Judge Mix's Recommendation was filed by either party. "In the absence of timely objection, the district court may review a magistrate . . . [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions,

1

under a *de novo* or any other standard, when neither party objects to those findings").

The Court has reviewed the relevant pleadings concerning the Recommendation. Based on this review, the Court concludes that the Magistrate Judge's analyses and recommendations are correct, and that "there is no clear error on the face of the record." Fed. R. Civ. P. 72 advisory committee's note. Therefore, the Court ADOPTS the Recommendation of The United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, it is ORDERED that the Recommendation of the United States Magistrate Judge [#35] is AFFIRMED and ADOPTED. Defendants' Motion to Dismiss [#10] is GRANTED IN PART and DENIED IN PART. Plaintiff's claims against defendants the Colorado Department of Corrections, the Sterling, Colorado Correctional Facility, Kevin Milyard and Aristedes Zavaras are DISMISSED WITH PREJUDICE for lack of subject matter jurisdiction. Plaintiff's claim for a declaratory judgment is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

DATED this 4th day of September, 2012.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge